Gina M. Serra (SBN 361172)
**RIGRODSKY LAW, P.A.**
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

*Counsel for Plaintiff Joshua Steffens*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LIGGETT SR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>C3.AI, INC., THOMAS M. SIEBEL, and HITESH LATH,<br><br>Defendants. | Case No.: 3:25-cv-07129-TLT<br><br>Judge Trina L. Thompson<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12 and 7-11) |

*[Additional caption on following page]*

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
- 1 -

DENNIS JAFFEE, Derivatively on Behalf of Nominal Defendant C3.AI, INC.,

                Plaintiff,

     v.

THOMAS M. SIEBEL, HITESH LATH, KR SRIDHAR, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, BRUCE SEWELL, LISA A. DAVIS, STEPHEN M. WARD, JR., ALAN MURRAY, JOHN HYTEN, KENNETH A. GOLDMAN, CONDOLEEZZA RICE, and JIM H. SNABE,

                Defendants,

     and

C3.AI, INC.,

                Nominal Defendant.

Case No. 3:25-cv-07334-JCS

Judge Joseph C. Spero

*[Additional caption on following page]*

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
- 2 -

JOSHUA STEFFENS, derivatively on behalf of C3.AI, INC.,

          Plaintiff,

    v.

THOMAS M. SIEBEL, HITESH LATH, CONDOLEEZZA RICE, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, BRUCE SEWELL, LISA A. DAVIS, JIM H. SNABE, STEPHEN M. WARD, JR., KR SRIDHAR, ALAN MURRAY, JOHN HYTEN, and KENNETH A. GOLDMAN,

          Defendants,

    and

C3.AI, INC.,

          Nominal Defendant.

Case No. 3:25-cv-07669-SK

Judge Sallie Kim

*[Additional caption on following page]*

JOSEPH FERNICOLA, Derivatively on Behalf of C3.AI, INC.,

          Plaintiff,

    v.

THOMAS M. SIEBEL, HITESH LATH, CONDOLEEZZA RICE, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, BRUCE SEWELL, LISA A. DAVIES, JIM H. SNABE, STEPHEN M. WARD, JR., KR SRIDHAR, ALAN MURRAY, GEN. JOHN HYTEN (RET.), and KENNETH A. GOLDMAN,

          Defendants,

    and,

C3.AI, INC.,

          Nominal Defendant.

Case No. 3:25-cv-07750-LB

Judge Laurel Beeler

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Dennis Jaffee ("Jaffee") in the action *Jaffee v. Siebel, et al.*, Case No. 3:25-cv-07334-JCS (N.D. Cal.) (the "*Jaffee* Action") and Plaintiffs Joshua Steffens and Joseph Fernicola ("Steffens" and "Fernicola" and, together with Steffens, "Plaintiffs") in the actions *Steffens v. Siebel, et al.*, Case No. 3:25-cv-07669-SK (N.D. Cal.) (the "*Steffens* Action") and *Fernicola v. Siebel, et al.*, Case No. 3:25-cv-07750-LB (N.D. Cal.) (the "*Fernicola* Action," and together with the *Jaffee* and *Steffens* Actions, the "Related Derivative Actions") respectfully request that the Court deem the Related Derivative Actions as related to each other and to the action captioned *Liggett Sr. v. C3.ai, Inc., et al.*, Case No. 3:25-cv-07129-TLT (the "Securities Class Action").

As discussed below, the criteria for relation are met here. The Related Derivative Actions and the securities Class Action concern substantially similar transactions, parties, events, and legal issues. It is therefore likely there would be unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. *See* Civil L.R. 3-12(a)(1) & (2). Defendants do not oppose this motion. Relating these cases and placing them under the supervision of one judge is likely to serve judicial efficiency and may facilitate and expedite resolution of the cases. Therefore, relation is proper under Civ. Loc. R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Liggett Sr. v. C3.ai, Inc. et al.* | 3:25-cv-07129-TLT | August 22, 2025 |
| *Jaffee v. Siebel, et al.* | 3:25-cv-07334-JCS | August 29, 2025 |
| *Steffens v. Siebel, et al.* | 3:25-cv-07669-SK | September 10, 2025 |
| *Fernicola v. Siebel, et al.* | 3:25-cv-07750-LB | September 11, 2025 |

## LEGAL STANDARD

Pursuant to Civil L.R. 3-12(a), the actions are related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

## ARGUMENT

Both criteria are met here. The Securities Class Action and the Related Derivative Actions address many of the same transactions and contain similar and overlapping sets of factual allegations as well as involve some of the same parties. Specifically, the Securities Class Action and the Related Derivative Actions arise, at least in part, from the same allegedly false and misleading statements made by executives of C3.ai, Inc. ("C3.ai" or the "Company"). The Securities Class Action

alleges violations of federal securities laws by C3.ai, as well as defendants Thomas M. Siebel ("Siebel") and Hitesh Lath ("Lath"). The Related Derivative Actions allege that defendants Siebel, Lath, KR Sridhar, Richard C. Levin, Michael G. McCaffery, Bruce Sewell, Lisa A. Davis, Stephen M. Ward, Jr., Alan Murray, John Hyten, Kenneth A. Goldman, Condoleezza Rice, and Jim H. Snabe (the "Individual Defendants") breached the fiduciary duties they owe to C3.ai and its shareholders, as well as engaged in other unlawful conduct in violation of state federal law. The Related Derivative Actions also allege that, as a result of the Individual Defendants wrongful conduct, the Company was harmed.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of Loc. R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

## CONCLUSION

Plaintiffs respectfully submit that the overlap of parties and factual issues among these actions warrants coordination before a single judge. Otherwise, litigation of the actions may result in unwarranted duplication of judicial effort, waste of resources, and possibly inconsistent results. For all the foregoing reasons, Plaintiffs respectfully request that the Court enter the proposed order submitted herewith, administratively relating the Related Derivative Actions to each other and to the Securities Class Action.

Dated: September 22, 2025          Respectfully submitted,

**RIGRODSKY LAW, P.A.**

*/s/ Gina M. Serra*
Gina M. Serra (SBN 361172)
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

**RIGRODSKY LAW, P.A.**
Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: vl@rl-legal.com
Email: lw@rl-legal.com

*Counsel for Plaintiff Steffens*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 267-507-6085
Email: jgrabar@grabarlaw.com

*Of Counsel for Plaintiff Steffens*

**THE BROWN LAW FIRM, P.C.**
Robert C. Moest (SBN 62166)
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED

- 7 -

-and-

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Jaffee*

**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829
Email: aberry@justice4you.com
Email: gharoutunian@justice4you.com
Email: bjack@justice4you.com

-and-

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff Fernicola*

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

*/s/ Gina M. Serra*
Gina M. Serra