Gina M. Serra (SBN 361172)
**RIGRODSKY LAW, P.A.**
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

*Counsel for Plaintiff Joshua Steffens*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LIGGETT SR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>C3.AI, INC., THOMAS M. SIEBEL, and HITESH LATH,<br><br>Defendants. | Case No.: 3:25-cv-07129-TLT<br><br>Judge Trina L. Thompson<br><br>**DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12 and 7-11) |

*[Additional caption on following page]*

1
DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED

DENNIS JAFFEE, Derivatively on Behalf of Nominal Defendant C3.AI, INC.,

                Plaintiff,

    v.

THOMAS M. SIEBEL, HITESH LATH, KR SRIDHAR, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, BRUCE SEWELL, LISA A. DAVIS, STEPHEN M. WARD, JR., ALAN MURRAY, JOHN HYTEN, KENNETH A. GOLDMAN, CONDOLEEZZA RICE, and JIM H. SNABE,

                Defendants,

    and

C3.AI, INC.,

                Nominal Defendant.

Case No. 3:25-cv-07334-JCS

Judge Joseph C. Spero

2

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

JOSHUA STEFFENS, derivatively on behalf of C3.AI, INC.,

           Plaintiff,

    v.

THOMAS M. SIEBEL, HITESH LATH, CONDOLEEZZA RICE, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, BRUCE SEWELL, LISA A. DAVIS, JIM H. SNABE, STEPHEN M. WARD, JR., KR SRIDHAR, ALAN MURRAY, JOHN HYTEN, and KENNETH A. GOLDMAN,

           Defendants,

    and

C3.AI, INC.,

           Nominal Defendant.

Case No. 3:25-cv-07669-SK

Judge Sallie Kim

*[Additional caption on following page]*

3

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

JOSEPH FERNICOLA, Derivatively on Behalf of C3.AI, INC.,

Plaintiff,

v.

THOMAS M. SIEBEL, HITESH LATH, CONDOLEEZZA RICE, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, BRUCE SEWELL, LISA A. DAVIES, JIM H. SNABE, STEPHEN M. WARD, JR., KR SRIDHAR, ALAN MURRAY, GEN. JOHN HYTEN (RET.), and KENNETH A. GOLDMAN,

Defendants,

and,

C3.AI, INC.,

Nominal Defendant.

Case No. 3:25-cv-07750-LB

Judge Laurel Beeler

I, Robert C. Moest, hereby declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am Counsel at The Brown Law Firm, P.C., counsel for Plaintiff Dennis Jaffee in the above-captioned action *Jaffee v. Siebel, et al.*, Case No. 3:25-cv-07334 (N.D. Cal.) (the "*Jaffee* Action").

2.      I submit this declaration in support of the Unopposed Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.      My firm has conferred with counsel for C3.ai, Inc. ("C3.ai" or the "Company") and defendants Thomas M. Siebel, Hitesh Lath, KR Sridhar, Richard C.

4

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Levin, Michael G. McCaffery, Bruce Sewell, Lisa A. Davis, Stephen M. Ward, Jr., Alan Murray, John Hyten, Kenneth A. Goldman, Condoleezza Rice, and Jim H. Snabe (the "Individual Defendants" and, together with the Company, "Defendants") and counsel for Plaintiffs Joshua Steffens and Joseph Fernicola in the actions captioned *Steffens v. Siebel, et al.*, Case No. 3:25-cv-07669 (N.D. Cal.) (the "*Steffens* Action") and *Fernicola v. Siebel, et al.*, Case No. 3:25-cv-07750 (N.D. Cal.) (the "*Fernicola* Action," and together with the *Jaffee* Action and *Steffens* Action, the "Related Derivative Actions") regarding this Administrative Motion. Defendants and Plaintiffs Steffens and Fernicola do not oppose the relief sought in the Administrative Motion and agree that the Related Derivative Actions should be deemed related to each other and to the action captioned *Liggett Sr. v. C3.ai, Inc., et al.*, Case No. 3:25-cv-07129-TLT (the "Securities Class Action"). I submit this Declaration in lieu of a stipulation to the same effect.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Dated: September 22, 2025                    Respectfully submitted,

*/s/  Robert C. Moest*
Robert C. Moest

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED