# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LIGGETT SR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>C3.AI, INC., THOMAS M. SIEBEL, and HITESH LATH,<br><br>Defendants. | Case No.: 3:25-cv-07129-TLT<br><br>Judge Trina L. Thompson<br><br>**[PROPOSED] ORDER** |
| DENNIS JAFFEE, Derivatively on Behalf of Nominal Defendant C3.AI, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS M. SIEBEL, HITESH LATH, KR SRIDHAR, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, BRUCE SEWELL, LISA A. DAVIS, STEPHEN M. WARD, JR., ALAN MURRAY, JOHN HYTEN, KENNETH A. GOLDMAN, CONDOLEEZZA RICE, and JIM H. SNABE,<br><br>Defendants,<br><br>and<br><br>C3.AI, INC.,<br><br>Nominal Defendant. | Case No. 3:25-cv-07334-JCS<br><br>Judge Joseph C. Spero |

*[Additional caption on following page]*

1

[PROPOSED] ORDER

JOSHUA STEFFENS, derivatively on behalf of C3.AI, INC.,

                Plaintiff,

    v.

THOMAS M. SIEBEL, HITESH LATH, CONDOLEEZZA RICE, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, BRUCE SEWELL, LISA A. DAVIS, JIM H. SNABE, STEPHEN M. WARD, JR., KR SRIDHAR, ALAN MURRAY, JOHN HYTEN, and KENNETH A. GOLDMAN,

                Defendants,

    and

C3.AI, INC.,

                Nominal Defendant.

Case No. 3:25-cv-07669-SK

Judge Sallie Kim

*[Additional caption on following page]*

2

[PROPOSED] ORDER

JOSEPH FERNICOLA, Derivatively on Behalf of C3.AI, INC.,

Plaintiff,

v.

THOMAS M. SIEBEL, HITESH LATH, CONDOLEEZZA RICE, RICHARD C. LEVIN, MICHAEL G. MCCAFFERY, BRUCE SEWELL, LISA A. DAVIES, JIM H. SNABE, STEPHEN M. WARD, JR., KR SRIDHAR, ALAN MURRAY, GEN. JOHN HYTEN (RET.), and KENNETH A. GOLDMAN,

Defendants,

and,

C3.AI, INC.,

Nominal Defendant.

Case No. 3:25-cv-07750-LB

Judge Laurel Beeler

Upon consideration of Plaintiffs Dennis Jaffee's, Joshua Steffen's, and Joseph Fernicola's Unopposed Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Jaffee v. Siebel, et al.*, Case No. 3:25-cv-07334-JCS (N.D. Cal.) (the "*Jaffee* Action"), *Steffens v. Siebel, et al.*, Case No. 3:25-cv-07669-SK (N.D. Cal.) (the "*Steffens* Action"), and *Fernicola v. Siebel, et al.*, Case No. 3:25-cv-07750-LB (N.D. Cal.) (the "*Fernicola* Action," together, the "Related Derivative Actions") shall be deemed related to each other and to the related securities class action captioned *Liggett Sr. v. C3.ai, Inc., et al.*, Case No. 3:25-cv-07129-TLT (N.D. Cal.) (the "Securities Class Action") pursuant to Civ. Loc. R. 3-12.

The Court, HEREBY ORDERS:

1.     The Related Derivative Actions are deemed related to each other and to the Securities Class Action.

3

[PROPOSED] ORDER

2. The Related Derivative Actions are hereby reassigned to Judge Trina L. Thompson.

3. Pursuant to Civil Loc. R. 3-12(g), any Initial Case Management Conferences currently scheduled in the Related Derivative Actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER