**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Unopposed Motion for Administrative Relief to Consider Whether Cases Should be Related has been filed.  ECF 8.  Counsel for Defendants have no objection to the motion to relate. *See* ECF 8-1 at ¶ 3; ECF14 at 1.  As the judge assigned to case

25-cv-07129-TLT
Liggett Sr. v. C3 AI, Inc.

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 25-cv-07334-RS | Jaffee v. Siebel | TLT | |
| 25-cv-07669-SK | Steffens v. Siebel | TLT | |
| 25-cv-07750-LB | Fernicola v. Siebel | TLT | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: September 25, 2025          By: _____

Trina L. Thompson
United States District Judge

1