**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Manish Agarwal*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JOHN LIGGETT SR., Individually and on Behalf of All Others Similarly Situated, <br><br>Plaintiff,<br><br>v.<br><br>C3.AI, INC., THOMAS M. SIEBEL, and HITESH LATH,<br><br>Defendants. | Case No.: 3:25-cv-07129-TLT<br><br>**NOTICE OF WITHDRAWAL OF MANISH AGARWAL'S MOTION FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:         January 6, 2026<br>Time:        2:00 p.m.<br>Courtroom: 9-19th Floor<br>Judge:       Hon. Trina L. Thompson |
|---|---|

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE,** that Manish Agarwal ("Movant") hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action. *See* ECF No. 16. This withdrawal shall have no impact on Movant's membership in the putative class and his right to share in any recovery obtained for the benefit of the class members. If the Court decides that the present movant is either inadequate or atypical and, therefore, unable to represent the class, Movant stands ready, willing and able to serve as lead plaintiff.

*[Signature on following page]*

| | |
|---|---|
| Dated: October 23, 2025 | Respectfully submitted,<br><br>**LEVI & KORSINSKY, LLP**<br><br>*/s/ Adam M. Apton*<br>Adam M. Apton (SBN 316506)<br>1160 Battery Street East, Suite 100<br>San Francisco, CA 94111<br>Tel: (415) 373-1671<br>Email: aapton@zlk.com<br><br>*Attorneys for Manish Agarwal* |