ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LIGGETT SR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> C3 AI, Inc., et al., <br><br> Defendants. | Case No. 3:25-cv-07129-TLT <br><br> <u>CLASS ACTION</u> <br><br> DAVID S. MOTTAHEDEH'S OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS <br><br> DATE:  March 3, 2026 <br> TIME:  2:00 p.m. <br> CTRM:  9, 19th Floor <br> JUDGE:  Hon. Trina T. Thompson |

4896-8194-6999.v1

## I.    INTRODUCTION

Four motions were filed by class members seeking appointment as lead plaintiff and approval of counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (1) David S. Mottahedeh; (2) Usama Siddiqui; (3) Manish Agarwal; and (4) Talal Alkhuraif.  *See* ECF 16, 19, 23 (refiled as ECF 36 in response to the Court's October 24, 2025 order (ECF34)), 29.[1]  Based on information contained in the submissions by the lead plaintiff movants, Mr. Mottahedeh is the "most adequate plaintiff" within the meaning of the PSLRA.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Mr. Mottahedeh's loss of approximately $5.9 million is nearly 10 times greater than the loss claimed by Mr. Siddiqui (the movant claiming the second largest loss).  And Mr. Mottahedeh's loss is several times larger than the loss claimed by the competing lead plaintiff movants **combined**.  Mr. Mottahedeh has also made the *prima facie* showing of typicality and adequacy required of him under Rule 23 of the Federal Rules of Civil Procedure.  Accordingly, because the competing movants lack the largest financial interest and cannot prove that Mr. Mottahedeh is atypical or inadequate, the competing motions should be denied.  Mr. Mottahedeh's motion should be granted.

## II.    ARGUMENT

### A.    The Competing Movants Cannot Trigger the PSLRA Lead Plaintiff Presumption

Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii)(I), the presumptive lead plaintiff is the movant with the "'largest financial interest in the relief sought by the class,'" who "'otherwise satisfies the requirements of Rule 23.'"  *In re Cavanaugh*, 306 F.3d 726, 729-30 (9th Cir. 2002).  "'While the PSLRA does not specify how to calculate the largest financial interest,'" courts in this District have recognized that "'approximate losses in the subject securities is the preferred measure.'"  *Hessefort v. Super Micro Comput., Inc.*, 317 F. Supp. 3d 1056, 1059 (N.D. Cal. 2018).  There can be no dispute that Mr. Mottahedeh has the largest financial interest of the remaining movants:

---

[1]    On October 23, 2025, Manish Agarwal withdrew his motion. *See* ECF 32. On November 4, 2025, Usama Siddiqui filed a statement of non-opposition, recognizing that he "does not have the 'largest financial interest' in this litigation within the meaning of the PSLRA." ECF 40.  Talal Alkhuraif did not refile his motion in accordance with the Court's October 24, 2025 order (ECF 34) and has thus seemingly abandoned his motion.  Unless otherwise noted, all emphasis is added and citations are omitted.

| MOVANT | APPROXIMATE LOSS SUFFERED |
|---|---|
| **David S. Mottahedeh** | **$5,915,743** |
| Usama Siddiqui (filed a non-opposition) | $631,557 |
| Manish Agarwal (filed a withdrawal) | $486,467 |
| Talal Alkhuraif | $51,422 |

Because the competing movants lack the largest financial interest, the Court's inquiry must focus on determining whether Mr. Mottahedeh has made the *prime facie* showing required of him that he "otherwise satisfies the requirements of Rule 23." 15 U.S.C. §78u-4(a)(3)(B)(iii)(cc). Here, there is no question that Mr. Mottahedeh satisfies this requirement. *See* ECF 36 at 3-4. As a seasoned investor with experience hiring and overseeing attorneys, Mr. Mottahedeh is imminently qualified to lead this litigation. *See* ECF 36-5.

Because Mr. Mottahedeh clearly has the largest financial interest and satisfies Rule 23's requirements, he is presumptively the "most adequate plaintiff."

**B.    The Presumption that Mr. Mottahedeh Is the "Most Adequate Plaintiff" Cannot Be Rebutted**

The presumptive lead plaintiff, in this case Mr. Mottahedeh, must be appointed unless it is demonstrated that he cannot satisfy the typicality and adequacy requirements of Rule 23(a). *See Cavanaugh*, 306 F.3d at 730-32. Here, no such proof exists. Consequently, because the PSLRA's presumption cannot be rebutted with the requisite proof, Mr. Mottahedeh's motion for appointment as lead plaintiff and approval of selection of counsel should be granted, and the competing movants' motions should be denied.

## III.    CONCLUSION

Mr. Mottahedeh has the largest financial interest, otherwise satisfies Rule 23's requirements, and the competing movants cannot provide the necessary proof to rebut the presumption in Mr. Mottahedeh's favor.  As such, Mr. Mottahedeh respectfully requests that the Court enter an order: (1) denying the competing movants' motions for appointment as lead plaintiff; and (2) granting Mr. Mottahedeh's motion for appointment as lead plaintiff and approving his selection of lead counsel.

DATED:  November 4, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY


                    s/ Kenneth P. Dolitsky
                KENNETH P. DOLITSKY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff