Harry A. Olivar, Jr. (SBN 143089)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
harryolivar@quinnemanuel.com

*Counsel for Defendants C3.ai, Inc., Thomas M. Siebel, and Hitesh Lath*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LIGGETT SR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>C3.AI, INC., THOMAS M. SIEBEL, and HITESH LATH,<br><br>Defendants. | Case No. 3:25-cv-07129-TLT<br><br><u>CLASS ACTION</u><br><br>**JOINT STATUS REPORT** |

Plaintiff David S. Mottahedeh ("Plaintiff") and Defendants C3.ai, Inc., Thomas M. Siebel, and Hitesh Lath ("Defendants"[1]) hereby submit this Joint Status Report to provide the Court an update regarding the deadlines and requirements set forth in the Court's November 21, 2025 case management order ("November 21 Order").  ECF No. 50.

As the Court is aware, on or around October 21, 2025 several motions to appoint lead plaintiff were filed in this putative securities class action.  ECF Nos. 16, 19, 23, 29, 36 (the "Lead Plaintiff Motions").  On January 7, 2026, the Court issued an order appointing Plaintiff David S. Mottahedeh as lead plaintiff and Robbins Geller Rudman & Dowd LLP, as lead counsel ("Lead Plaintiff Order"). Pursuant to the November 21 Order, Plaintiff has 21 days from the date of the Lead Plaintiff Order to file an amended complaint or designate the initial complaint as the operative complaint, either of which Defendants intend to move to dismiss.

The November 21 Order also requires the Parties to file with the Court a joint status statement no later than February 26, 2026, which provides both the name of the prospective mediator and the mediation schedule, if the Court's order appointing lead plaintiff is received after January 7, 2026. Accordingly, following the Court's January 7, 2026 Lead Plaintiff Order, the Parties intend to confer, and will provide the Court with the required information by February 26, 2026.

DATED: January 7, 2026

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Harry A. Olivar, Jr.*
Harry A. Olivar, Jr. (SBN 143089)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
harryolivar@quinnemanuel.com

Michael B. Carlinsky (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
Leigha Empson (*pro hac vice*)
295 Fifth Avenue

---

[1] Plaintiff and Defendants together are referred to as the "Parties."

New York, NY 10016
Telephone: (212) 849-7034
michaelcarlinsky@quinnemanuel.com
jessebernstein@quinnemanuel.com
leighaempson@quinnemanuel.com

*Counsel for Defendants*

**ROBBINS GELLER RUDMAN & DOWD LLP**

*/s/ Shawn A. Williams*
Shawn A. Williams
Hailey S. Zanutto
Shao-Jia Chang
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com
hzanutto@rgrdlaw.com
schang@rgrdlaw.com

Danielle S. Myers
Michael Albert
Juan Carlos Sanchez
Kenneth P. Dolitsky
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

*Counsel for Lead Plaintiff*

**Attestation Pursuant to Civil Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

Dated: January 7, 2026 	/s/ Harry A Olivar, Jr.
	Harry A. Olivar, Jr.

\*