**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Michael B. Carlinsky (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
Leigha Empson (*pro hac vice*)
Amy Shehan (*pro hac vice*)
michaelcarlinsky@quinnemanuel.com
jessebernstein@quinnemanuel.com
leighaempson@quinnemanuel.com
amyshehan@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Attorneys for Defendants C3.ai, Inc.,*
*Thomas M. Siebel, and Hitesh Lath*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LIGGETT SR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C3.AI, INC., THOMAS M. SIEBEL, and HITESH LATH,<br><br>Defendants. | Case No. 3:25-cv-7129-TLT<br><br>**DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: June 23, 2026<br>Time: 2:00 p.m.<br>Location: Courtroom 9, 19th Floor<br>Before: Hon. Trina L. Thompson |

Case No. 3:25-cv-7129-TLT

OLIVAR DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

## **DECLARATION OF HARRY A. OLIVAR, JR.**

I, Harry A. Olivar, Jr., state that:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, am admitted to practice before this Court, and am counsel of record for Defendants C3.ai, Inc. ("C3"), Thomas Siebel, and Hitesh Lath ("Defendants") in this matter. I make this declaration in support of Defendants' Motion to Dismiss, and I have personal, firsthand knowledge of the facts set forth herein.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of a Form 10-K filed by C3 with the U.S. Securities and Exchange Commission ("SEC") on June 18, 2024.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of a Form 10-K filed by C3 with the SEC on June 23, 2025.

4. Attached as **Exhibit C** is a true and correct copy of the "Note from Tom" posted on C3's website on February 18, 2025.

5. Attached as **Exhibit D** is a true and correct copy of the transcript of C3's presentation at the Citizens JMP Technology Conference on March 3, 2025.

6. Attached as **Exhibit E** is a true and correct copy of the transcript of the Q4 2025 earnings call held by C3 on May 28, 2025.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of a Form 10-Q filed by C3 with the SEC on March 7, 2025.

8. Attached as **Exhibit G** is a true and correct copy of a Press Release on Form 8-K filed by C3 with the SEC on July 24, 2025.

9. Attached as **Exhibit H** is a true and correct copy of a Canaccord Genuity analyst report titled "Exit Stage Right: Siebel's final act as CEO, executive search commences," published on July 24, 2025.

10. Attached as **Exhibit I** is a true and correct copy of a Press Release issued by C3 on August 8, 2025 and filed with the SEC on Form 8-K on August 11, 2025.

11. Attached as **Exhibit J** is a true and correct copy of a Press Release on Form 8-K filed by C3 with the SEC on May 28, 2025.

12. Attached as **Exhibit K** is a true and correct copy of a Press Release on Form 8-K filed by

C3 with the SEC on September 3, 2025.

13.     Attached as **Exhibit L** is a true and correct copy of a Form 4 filed by Mr. Siebel with the SEC on May 5, 2025.

14.     Attached as **Exhibit M** is a true and correct copy of a Form 4 filed by Mr. Siebel with the SEC on June 3, 2025.

15.     Attached as **Exhibit N** is a true and correct copy of a Form 4 filed by Mr. Siebel with the SEC on May 15, 2025.

16.     Attached as **Exhibit O** is a true and correct copy of a Form 4 filed by Mr. Siebel with the SEC on June 12, 2025.

17.     Attached as **Exhibit P** is a true and correct copy of a Form 4 filed by Mr. Siebel with the SEC on July 22, 2025.

18.     Attached as **Exhibit Q** is a true and correct copy of excerpts of a Proxy Statement filed by C3 with the SEC on August 22, 2024.

19.     Attached as **Exhibit R** is a true and correct copy of excerpts of a Proxy Statement filed by C3 with the SEC on August 21, 2025.

20.     Attached as **Exhibit S** is a true and correct copy of excerpts of a Form 10-Q filed by C3 with the SEC on December 10, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 28, 2026 in Los Angeles, California.

*/s/ Harry A. Olivar, Jr.*
Harry A. Olivar, Jr.

OLIVAR DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS