# EXHIBIT C

Published on Feb 18, 2025

# Note from Tom

Dear Team,

What an eventful last quarter.  Amazing progress for the company.

At the same time, I am sorry to report that I have suffered a health setback.  Somehow, I picked up an autoimmune disease and that has resulted in significant vision impairment.  The good news, it will not affect my ability to continue actively managing the business in a hands-on manner.  It will, at least for a while, limit my ability to travel.  As a result, I have asked Jim Snabe, former co-CEO of SAP and distinguished C3 AI director, to assume the role of Special Advisor to the CEO to help fill in activities where I may be constrained.  He will start effective immediately.

As for the company, we made amazing progress last quarter, laying the groundwork to substantially increase our global distribution capacity for C3 Enterprise AI applications. We now have a legion of experienced enterprise cloud sales and service professionals at Microsoft, AWS, McKinsey, and Google Cloud distributing and servicing our solutions globally. As we enter Q4, all of our solutions are immediately orderable on the Microsoft, AWS, and Google Cloud portals and can be contracted rapidly using Microsoft, AWS, and Google Cloud contract vehicles -- this dramatically shortens our sales cycles. This is a massive distribution network. This, combined with our cornerstone leadership in Agentic AI and Generative AI, puts C3 AI in a position to continually accelerate growth in the coming years.

In the past four months, we have completed these strategic agreements and planning processes, implemented the management controls, and crafted the definitive execution plans to leverage this dramatically expanded distribution capacity. You will see the nature of the C3 AI distribution and service networks continue to expand organically and increasingly act as support arms for Microsoft, AWS, and McKinsey. In addition to providing increased sales capacity, application expertise and thought leadership, we will be expanding activity and providing sales, demonstration, pilot project, and production application support to our juggernaut distribution partners to ensure their success and the success of their customers. This inflection point for C3 AI is a growth accelerator. I am confident we have the people, the leadership, and the execution plans to achieve these goals in the coming quarters and years.

Q3 was a quarter focused on building distribution capacity and Agentic AI capability. Q4 will ensure the company is properly organized to expand both direct sales and services and support capacity to our dramatically enlarged distribution ecosystem. FY26 and FY27 will be about realizing continually expanded growth and market share. The market has never been larger, the opportunity has never been greater, and our product family has never been stronger. The company has never been better positioned to capitalize on all of this.

It is game time. We have covered, in exacting detail, with each of you, how you fit into this plan. Let's get this job done.

TS