# EXHIBIT D



Transcripts

# C3.ai, Inc. (AI) The Citizens JMP Technology Conference (Transcript)

Mar. 03, 2025 7:17 PM ET | **C3.ai, Inc. (AI) Stock**



**SA Transcripts**
158.06K Followers

🎁   Welcome to **Seeking Alpha!**

Articles on **AI** are available to you for free for the next **30** days.

To continue receiving professional-grade analyses on **AI** and gain access to similar insights across the entire market, subscribe to Premium before your trial expires.

Join Premium

## Q3: 2025-02-26 Earnings Summary



EPS of -$0.12 beats by $0.13 | Revenue of $98.78M (26.00% Y/Y) beats by $660.03K

C3.ai, Inc. (AI) The Citizens JMP Technology Conference March 3, 2025 3:00 PM ET

**Company Participants**

Thomas M. Siebel - Chairman and Chief Executive Officer

**Conference Call Participants**

Patrick Walravens - Citizens JMP

**Patrick Walravens**

Okay. So, why don't we go ahead and get started? So, look, we're just delighted to have, Tom Siebel, the founder and CEO of C3 AI, joining us at the Citizens Technology Conference.

Tom has graced us with his presence at this conference. I don't know. How many times, Tom?

**Thomas M. Siebel**

A bunch of times.

**Patrick Walravens**

A whole bunch of times, a whole bunch of times.

**Thomas M. Siebel**

I enjoy it every time, and thank you for including us.

**Patrick Walravens**

Yes. And so, we'll talk about, how business is going. C3 just reported last week. They have an incredible partnership going on with Microsoft. We'll talk about that. And then, Tom, if it's okay, Tom suffered a health setback last week, which he posted a note about on his website, and he would normally be here in person sitting next to me, but that's why he's doing it as a Zoom.

**Question-And-Answer Session**

**Q - Patrick Walravens**

So, Tom, let's start at the top. How's business?

**Thomas M. Siebel**

Business is great.

**Patrick Walravens**

Is it?

**Thomas M. Siebel**

I mean, last three years. Come on. Growth rate has gone from, what 6% to 16%. And this year, we're looking at 25% growth. We've seen worse. So, we're quite pleased with the growth acceleration that we're seeing return to the C3 AI story.

**Patrick Walravens**

And what is driving it? The highest level, for people who don't know what C3 AI does, which is, it's partially the name, but it is the Enterprise AI company in terms of if you think about applications that utilize AI to drive significant results. This is the company. But, help people understand a little bit, Tom, how C3 is different than the other companies out there.

**Thomas M. Siebel**

Pat, you were here in 2009, okay, when we got started. Okay? And, we believed the next generation of computing was going to be about elastic cloud computing, big data, Internet of things, predictive analytics.

We spent the next 15 years, and I think, maybe in excess of $3 billion, okay, building a software platform that would enable people to build massive scale, predictive analytics Enterprise AI applications. We did this.

We started this work before AWS existed, okay, before the GPU, before Azure, okay, before any of these things. Okay? And, before anybody even heard of generative AI, okay? And we believe that this was going to be a large addressable market today. I mean, a large addressable market. In fact, we believed it was going to be the largest addressable market in the history of enterprise application software.

And, so we began work. And, when we get into, we worked in 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, come on, Pat. We were the only people in the world talking about Enterprise AI. Then we're doing a smart grid analytics. We're doing oil field optimization operations, predictive analytics for the Air Force, Intelligence Analysis for the intelligence community, and nobody was talking about Enterprise AI except C3 AI and Tom Siebel, 2016, 2017, 2018, 2019, 2020, get to 2021, 2022. Hello --

**Patrick Walravens**

Yes.

**Thomas M. Siebel**

November 22, we're now generative AI, and now that's all anybody can talk about is, Enterprise AI. And we're here. We're now, I have 131 turnkey enterprise applications to bring into the market and which I think is maybe a 128 more than anybody else in the world. So, we're pretty well-positioned, and that is the story.

**Patrick Walravens**

That's awesome. Okay. And so, what does the competitive environment look like right now? So, if you're talking to a large energy company or large oil and gas company or, a large entertainment company or a bank, right, how do your sales cycles? Where do they start? Is there an RFP? And then, how do they play out in terms of, who you partner with, who you compete with?

**Thomas M. Siebel**

So, imagine a slide building before you if I were there. That looks like an AI stack. Okay? At the bottom we have silicon, AMD, Nvidia, what have you. On top of that, we have infrastructure, Azure, AWS. On top of that, we have foundation models. Everybody knows what foundation models are.

On top of that, we have a box the rectangle on top of that, stack of rectangles are bright, shiny objects that do things like persistence or, Snowflake, Databricks, DataRobot, data this, data that, whatever the hell it might be, okay? So, the competition is that organizations the CIO at name the company ExxonMobil, Shell United States, Air Force, The Central Intelligence Agency, Tysons Cargo.

Okay. We'll try to take that stack of stuff of silicon, foundation models of bright, shiny objects and cobble them together into an application that does something useful for an enterprise. What's useful for an enterprise as it relates to AI? Stochastic optimization of supply chain, supply network quick, predictive maintenance, fraud detection, things like this. And it's really, really, really hard.

And so, there's no organization that is our customer today, and we have hundreds, okay, that hasn't failed at this four times. Shell, Exxon, Air Force, CIA, you name it. So, that is the competition. The competition is the IT manager who is maybe moderately trained to, like, figure out how to manage a billion dollar, SAP upgrade or try to figure out how to get single sign on to work or install salesforce. These are trivial problems. You're building an enterprise AI application is a non-trivial problem.

And, what we have done is we have taken all that stat, we've taken that whole stack we utilize in something we call, the C3 Agentic AI platform, something that we've patented. And rather than use it as a toolset to build custom applications, we've used this as a toolset to build turnkey applications to address the needs of banking, to address the needs of defense, intelligence, consumer packaged goods, insurance, automotive, aerospace, what have you.

So, we're in the business of building turnkey enterprise applications that deliver very real economic benefit. So, what's the pitch?

**Patrick Walravens**

Okay.

**Thomas M. Siebel**

What does the sales pitch look like at Dow? What Dow sales pitch look like at Cargill? What does the sales pitch look like at a Holcim, which is make a cement manufacturer in Germany? Yes, we'll go into your business process. Cargill, for example, is involved in distribution, I think, a $100 billion worth of protein.

Enormous supply chain issues, demand forecasting issues. Dow is, of course, a famous chemical company, iconic chemical company. One of the things they make is polyethylene. And we'll go to Dow and say, we'll come in with our partners from Microsoft or partners from McKinsey, and we'll come in and we'll go to the people who are running a polyethylene facility at Dow.

And then, by the way, we're normally dealing with the people who run the business, not IT. Okay? And we'll say, we will build predictive maintenance for your polyethylene facility. We'll put a production predictive maintenance application for a polyethylene facility, which is something the size of a football field that's got a furnace, a coking furnace the size of this building that we're in. Okay? And by the way, if that furnace fails, Dow misses the quarter. That's how big it, that's how expensive it is.

Now, so we'll build a predictive maintenance application. I'll have it live in six months. I'll do it for half a million bucks. If you like it, keep it. Half a million bucks. Okay? Six months live. Okay. And now they have, so then after that, we do 16 more. Okay? And the CEO featured this. That was one of his top feature items in his Annual Report to his shareholders of the economic return they got from C3 applications in polyethylene. And, I think when we're done, we'll be perpetuating C3 across Dow with the purpose of generating a $1.5 billion in the economic benefit a year, but that's the pitch.

We're coming in. We're bringing the application live in six months. Not six years. This is not like IBM Watson. Okay. This is not Accenture sends you 500 people, for four years for $300 million, six months, half a million bucks is live, and then we go.

**Patrick Walravens**

Awesome. Okay. So, when did you announce the partnership with Microsoft? Last quarter?

**Thomas M. Siebel**

Yes. The Microsoft announcement was made on November 20th, which was the date of their Ignite forum in Chicago, their international users' group forum. We were the only partner on the main stage to announce that with them, with Judson and I and Melanie Kalmar from Dow. We understand then that, Microsoft's quarters ended in December 31, as you know. So we didn't do a lot of coordination between the middle of November and then December and then the end of the New Year. So it's probably January 15 when we really started work. Okay?

Today, I think it's March 3. Okay? And we are engaged. We have met with the CEO of Microsoft Europe, the CEO of Microsoft France, the CEO of Microsoft Germany, the CEO of Microsoft U.K., okay, the CEO of Microsoft Federal. And today, we are engaged in over 600 teaming agreements around the world with Microsoft, where C3 AI is the preferred Enterprise AI solution. Okay? And Microsoft Azure is the preferred platform. And, so, basically, team agreements. I think it's 620 accounts today, Pat, that that we're involved in. And this is --

**Patrick Walravens**

I mean, it's crazy. Yes. So, it's been six weeks, right?

**Thomas M. Siebel**

Bingo, bingo.

**Patrick Walravens**

Yes, yes. And there's 600 agreements going. How?

**Thomas M. Siebel**

How?

**Patrick Walravens**

Just like operationally, how do you think you do that?

**Thomas M. Siebel**

We have quarterly executive reviews. We have almost daily sales reviews. We have weekly, sales executive reviews, and we are on the feet at the account. We were in Detroit last week. We're in Paris today. We're in London today. We're in joint sales, joint demos, joint value propositions, and making a very, very and Microsoft, like AWS is, bringing their balance sheet to bear to make it easy for customers to do this. And, so it's, we're moving.

**Patrick Walravens**

And, Tom, is the benefit of this partnership already baked into your guidance for the year?

**Thomas M. Siebel**

Absolutely.

**Patrick Walravens**

Yes. Can I ask, so what was the background to this partnership? Like, how did you decide that it was going to be with Microsoft? Do you I mean, is there like is there a RFP sort of like process? And you used to have one with Google, right? Does the Google one still exist?

**Thomas M. Siebel**

Originally, we had one with AWS. Okay. That would get us back to almost 2016, 2017, 2018, okay, with Andy, okay, when he was running AWS. And, but people were just kind of dabbling then. Okay? And then Microsoft came in, and we did a lot of work with Microsoft. Okay? And then Google came in. Okay? And we did a lot of work in the last few years with Google. But, basically, what we did is we put out an RFP. And then we said, I have 131 turnkey applications. This is what I have to offer. Okay. Who wants to go to town? Okay.

And we entertain our few responses from the usual suspects, and we have reached agreements with Microsoft, AWS, GCP, and we were very, they're all great partners. Now Microsoft would be the largest software company in the world. And so, they're pretty hard not to like. And so, but we go to market with all three of them. We go to market now with McKinsey, QuantumBlack. That's a big deal. That's the fourth piece of this Quadfecta.

And, so that's I would say the work that we've done in the third quarter of this year fundamentally changes the nature of C3 AI's competitive position in Enterprise AI. And, I think it fundamentally changes the competitive dynamics of the Enterprise, AI market indelibly.

**Patrick Walravens**

Okay. But so it's not exclusive to Microsoft. You're still partnering with the other ones as well.

**Thomas M. Siebel**

Yes. It is not exclusive. But little early, but being said, when we do a teaming agreement with Microsoft and name the account, it is co-exclusive.

**Patrick Walravens**

One of those accounts.

**Thomas M. Siebel**

Yes. When we do a team agreement with AWS, we've agreed to team that it is co-exclusive. And so they don't have any fear of that we're changing horses or they're changing horses. We're all committed that we're living here, dying together.

**Patrick Walravens**

All right. Great. And so, let's talk about the, we only have nine minutes. Tom, I'm so sorry about your health setback. We're all praying for you, and we're all rooting for you. Can you talk a little bit about how you're going to run things operationally at C3, going forward in terms of Mr. Snabe's role and other things that might help, yes.

**Thomas M. Siebel**

Yes. Thank you for your thoughts. I contacted, contracted some sort of weird autoimmune disease, okay, that is has ever yet really been unidentified. Okay? But the net-net of it is it attacked and did a lot of damage to my optical nerve. And so my sight, I have significant visual impairment right now. Okay? And due to, they don't want me at altitude for a little while, so I'm kind of grounded. So, I can't travel a lot. Okay?

So, what we've done is, you are very fortunate in both the leadership that we have in the company and the leadership we have in the Board of Directors, not the least of whom, is Jim Snabe, formerly or current chairman Siemens, Chairman Maris, Chairman Allianz, co-CEO SAP, and one of the most highly respected business people on the planet.

Okay? And Jim, I have asked Jim. Okay? And Jim has agreed to assume the role as, a special adviser to the CEO. Okay? He is advising me. He's advising the management team, and he's also filling in for a lot of the events that I would normally do, like go to Paris and speak at PIVOTEC or, testify before congress or whatever it might be.

So Jim becomes, a more important part of the picture. I would say as it relates to the management team, we've always engaged in exacting, okay, management processes here, where it's got an old school, Andy Grove, high output management, MBOs, where everybody knows exactly what their job is, where they fit in, what their roles are, how they interact with whether legal, finance, HR, sales, support, service, products, what have you.

And so it's a very rich, well-designed tapestry where everybody participates. But I say now that, Tom serves, it's very clear. And this is a transition that we've been making over the last six months, and we've now accelerated it dramatically, is that it while, you know me and you know my, I'm generally familiar with the details of this business and the details of the products and the deals of what's going on in customer sites because I pay attention to that stuff.

But it's very clear that Tom's role is now much, much less supervisory. Okay? And so now we're, C3 AI is hitting the big time. Okay? We're delegating the responsibility. Okay? We're delegating the authority. Okay? And we're delegating to the management team to do their jobs. They know what their jobs are. They have the resources to do their jobs. When they need help, they know where to get help. So, that is how we are managing the business.

**Patrick Walravens**

And how's that going so far?

**Thomas M. Siebel**

Going great. Okay.

**Patrick Walravens**

All good.

**Thomas M. Siebel**

Yes, everybody is six inches taller than they used to be. Okay? And their shoulders are about three inches broader, and they're stepping up their game, and they're behaving like consummate professionals. And, we're proud of them, and they should be proud of themselves.

**Patrick Walravens**

Okay. We have about five minutes left. So, let's take questions from our audience. I'm slightly blinded by the lights just to let you know ahead of time. George, go ahead.

**Unidentified Analyst**

[Indiscernible]

**Thomas M. Siebel**

Help me out with who's --

**Patrick Walravens**

Yes. Yes. I'm going to repeat the question for you. Yes.

**Thomas M. Siebel**

I can't hear the question. I don't know who asked it. So if you can help me.

**Patrick Walravens**

That was a young investor in the audience, and the question was, how is the C3 AI product going to evolve over the next three years? Long time in today's world.

**Thomas M. Siebel**

Well, Agentic AI everywhere. We do have the patent on Agentic AI. You know this, right? Okay. The dates too, I think, December 2023. And, so we C3 AI has the patent. Okay? And you're talking to the primary inventor. So, just think Agentic AI ever. So all these people are yapping about it there who, Agentic AI this, Agentic AI that. Okay? And, who are putting, an Agentic AI sticker on the software stack that they wrote in 1999. That's all fine and dandy, but this is our IP. Okay? And so think about Agentic AI everywhere. Agenctic AI is huge.

Think about, kind of fundamentally marginal changes in the nature of the human computer interaction model as it relates to these enterprise applications where they're much more visual and 3D and, think, digital twin-like in nature. So, when we're when we're looking at a factory floor, a refinery, a polyethylene plant, we're not looking at a number that turns red. We're looking at a valve that turns red. And when the valve turns red, we explode the valve, and we see the ball bearing that exploded. We know where to raise to place that part, and that happens in N dimensional space.

We're going to see a lot more work in, it'll be more applications. We have 131 turnkey enterprise applications today, probably another hundred in the generative AI arena. Rough numbers, but you'll see, like, as this market develops, travel, transportation, consumer packaged goods, lending, there's no aspect government services, huge, defense, intel, public benefits, CDC, even the IRS, anyway, so you see more and more applications, more and more Agentic AI, and, more usability.

And you'll need to know less and less and less about AI to take advantage of these applications to do your jobs. Okay? This idea that we used to be kicked around a few years ago, that in the future, we all need to be data science or we're going to be unemployable, that's just a bunch of bunk, you guys. Okay? Whether you're an investor, whether you're a lawyer, whether you're a physician, whether you're a dog trainer, whether you're, an asparagus farmer, okay?

The tools that you'll have, the AI will be embedded in these tools, and you won't even know it's there. Okay? And it will be using very, very sophisticated technology to allow you to deliver higher quality products in the hands of more satisfied customers at lower cost, and lower environmental impact. So, that's where this goes, and that's what we're doing.

**Patrick Walravens**

Yes. The point about, it'll be much more visual in 3D is super interesting. I think we have time for one more. Tom, the question is, when do you anticipate achieving sustained positive free cash flow?

**Thomas M. Siebel**

Well, it's just kind of a matter of time. I mean, right now, our revenue growth rates have been exceeding our expense growth rates. And so with scale, I mean, we're there. I mean, I don't have a date for you, but it's not very far out. I think I have I realize I read your sell side, not yours, Pat.

Some people sabotage your points about how we hammered cash around here. Somehow every quarter, I look at the bank, and there's still three quarters of a billion dollars cash. So we're trying to figure out how we're hemorrhaging it. And I think there's roughly, as of last quarter, $724 million cash. So there's no cash problem, and we will, you can take it to the bank. Okay? In the medium-term, you're looking at a sustainably cash positive, profitable, rapidly growing leader in Enterprise AI.

**Patrick Walravens**

Awesome. Why don't we stop there? I have it in fiscal '27. That's just me. Tom, thanks so much for joining us. It's great to have you. We really appreciate it.

**Thomas M. Siebel**

Thank you, Pat. Thank you, everybody. So, I couldn't be there in person. Look forward to seeing you next time.

**Patrick Walravens**

Yes. Take care.

Read more current AI analysis and news

View all earnings call transcripts

# Comments

Sort by    Newest ▼    ⋮

If you type a company or ETF ticker symbol in capital letters we will automatically link to the symbol page. You can remove the link by deleting the $ in the comment.