# EXHIBIT Q

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No. )

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material Pursuant to § 240.14a-12

## C3.ai, Inc.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒   No fee required

☐   Fee paid previously with preliminary materials

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

**C3.ai, Inc.**
1400 Seaport Blvd
Redwood City, California 94063

**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**

**To Be Held On October 2, 2024**

Dear Stockholder:

We are pleased to invite you to attend the 2024 Annual Meeting of Stockholders of C3.ai, Inc., a Delaware corporation. The Annual Meeting will be held virtually on Wednesday, October 2, 2024 at 10:00 a.m. Pacific Time, via live webcast at www.virtualshareholdermeeting.com/AI2024.

The Annual Meeting will be held for the following purposes, which are more fully described in the accompanying materials:

1.  To elect three Class I directors, each to hold office until our 2027 Annual Meeting of Stockholders, and until his or her successor is duly elected and qualified or until his or her earlier death, resignation, or removal;

2.  To approve, on an advisory basis, the compensation of our named executive officers, as disclosed in this proxy statement;

3.  To ratify the appointment of Deloitte & Touche LLP as our independent registered public accounting firm for the fiscal year ending April 30, 2025; and

4.  To conduct any other business properly brought before the Annual Meeting.

On or about August 21, 2024, we expect to mail to our stockholders a Notice of Internet Availability of Proxy Materials containing instructions on how to access the Proxy Statement and our Annual Report on Form 10-K for the fiscal year ended April 30, 2024. The Notice of Internet Availability of Proxy Materials provides instructions on how to vote online or by telephone and how to receive a paper copy of proxy materials by mail. The Proxy Statement for the Annual Meeting and our 2024 Annual Report can be accessed directly at www.proxyvote.com using the control number located on your Notice of Internet Availability of Proxy Materials, on your proxy card, or in the instructions that accompanied your proxy materials.

A list of stockholders entitled to vote will be available for 10 days prior to the Annual Meeting at our headquarters located at 1400 Seaport Blvd, Redwood City, California 94063. If you would like to view the stockholder list, please contact our Investor Relations department at ir@c3.ai.

Our board of directors has fixed the close of business on August 5, 2024, as the record date for the Annual Meeting. Only stockholders of record at the close of business on August 5, 2024, are entitled to notice of, and to vote at, the Annual Meeting.

By Order of the Board of Directors,

Thomas M. Siebel
Chief Executive Officer and Chairman
August 21, 2024

**Your vote is important. Whether or not you plan to attend the Annual Meeting, please ensure that your shares are voted during the Annual Meeting by signing and returning a proxy card or by using our internet or telephonic voting system. Even if you have voted by proxy, you may still vote online if you attend the Annual Meeting. Please note, however, that if your shares are held on your behalf by a broker, bank, or other nominee and you wish to vote at the Annual Meeting, you must obtain a proxy issued in your name from that nominee.**

**Proxy Statement for 2024 Annual Meeting of Stockholders**
**To Be Held on October 2, 2024**

**Table of Contents**

|  | **Page No.** |
|---|---|
| QUESTIONS AND ANSWERS | 1 |
| INFORMATION REGARDING OUR BOARD OF DIRECTORS AND CORPORATE GOVERNANCE | 9 |
| NON-EMPLOYEE DIRECTOR COMPENSATION | 19 |
| PROPOSAL ONE | 22 |
| PROPOSAL TWO | 23 |
| PROPOSAL THREE | 24 |
| REPORT OF THE AUDIT COMMITTEE OF THE BOARD OF DIRECTORS | 26 |
| EXECUTIVE OFFICERS | 27 |
| EXECUTIVE COMPENSATION | 28 |
| PAY VERSUS PERFORMANCE | 48 |
| PAY RATIO | 53 |
| EQUITY COMPENSATION PLAN INFORMATION | 54 |
| SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 55 |
| CERTAIN RELATIONSHIPS AND TRANSACTIONS WITH RELATED PERSONS | 58 |
| OTHER MATTERS | 60 |

## SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table sets forth information regarding the ownership of our common stock as of August 5, 2024 by:

- each named executive officer;

- each of our directors;

- our directors and executive officers as a group; and

- each person known by us to own beneficially more than 5% of our Class A or Class B common stock.

We have determined beneficial ownership in accordance with SEC rules and regulations, and the information is not necessarily indicative of beneficial ownership for any other purpose. Except as indicated by the footnotes below, we believe, based on information furnished to us, that the persons and entities named in the table below have sole voting and sole investment power with respect to all shares that they beneficially own, subject to community property laws.

We have based percentage ownership on 123,339,297 shares of Class A common stock and 3,499,992 shares of Class B common stock outstanding as of August 5, 2024. In computing the number of shares beneficially owned by a person and the percentage ownership of such person, we deemed to be outstanding all shares subject to options held by the person that are currently exercisable or would be exercisable within 60 days of August 5, 2024 and any shares convertible by such person. However, except as described above, we did not deem such shares outstanding for the purpose of computing the percentage ownership of any other person.

Unless otherwise indicated, the address for each beneficial owner listed in the table below is c/o C3.ai, Inc., 1400 Seaport Blvd, Redwood City, California 94063.

55

| Name | Class A Common Stock | | Class B Common Stock | | % of Total Voting Power(1) |
|---|---|---|---|---|---|
| | Shares | % | Shares | % | |
| *5% Stockholders* | | | | | |
| Thomas M. Siebel(2)(3) | 31,198,188 | 21.3% | 3,072,820 | 87.8% | 54.2% |
| BlackRock, Inc.(4) | 6,750,444 | 5.5% | — | — | 2.3% |
| Entities affiliated with Vanguard Group(5) | 10,329,872 | 8.4% | — | — | 3.5% |
| *Directors and Named Executive Officers* | | | | | |
| Thomas M. Siebel(2) | 30,688,972 | 21.1% | 2,572,820 | 73.5% | 45.8% |
| Shares subject to voting proxy(3) | 509,216 | * | 500,000 | 14.3% | 8.4% |
| Total | 31,198,188 | 21.3% | 3,072,820 | 87.8% | 54.2% |
| Edward Y. Abbo(6) | 2,162,465 | 1.7% | — | — | * |
| Houman Behzadi(7) | 799,648 | * | — | — | * |
| Lisa A. Davis(8) | 142,591 | * | — | — | * |
| Hitesh Lath(9) | 15,648 | * | — | — | * |
| Richard C. Levin(10) | 488,763 | * | — | — | * |
| Michael G. McCaffery(11) | 1,296,378 | 1.1% | — | — | * |
| Alan Murray(12) | 60,511 | * | — | — | * |
| Juho Parkkinen(13) | 54,514 | * | — | — | * |
| Condoleezza Rice(14) | 616,575 | * | — | — | * |
| Bruce Sewell(15) | 694,321 | * | — | — | * |
| Jim H. Snabe(16) | 711,644 | * | — | — | * |
| KR Sridhar(17) | 60,202 | * | — | — | * |
| Guy Wanger(18) | 8,053 | * | — | — | * |
| Stephen M. Ward, Jr.(19) | 970,878 | * | — | — | * |
| *All directors and executive officers (16 persons)(20)* | **39,315,531** | **26.0%** | **3,072,820** | **87.8%** | **55.3%** |

\* Less than 1%.

(1) Represents the voting power with respect to all shares of our Class A common stock and Class B common stock, voting together as a single class. Each share of Class A common stock will be entitled to one vote per share, and each share of Class B common stock will be entitled to 50 votes per share. The Class A common stock and Class B common stock will vote together on all matters (including the election of directors) submitted to a vote of stockholders, except under limited circumstances.

(2) Consists of (a) 1,777,025 shares of Class A common stock held by Mr. Siebel, (b) 9,216 shares of Class A common stock held by First Virtual Holdings, LLC, (c) 4,359,319 shares of Class A common stock held by The Siebel Living Trust u/a/d 7/27/1993, (d) 170,294 shares of Class A common stock held by Siebel Asset Management, L.P., (e) 72,695 shares of Class A common stock held by Siebel Asset Management III, L.P., (f) 1,237,115 shares of Class A common stock held by The Siebel 2011 Irrevocable Children's Trust, (g) 20,457,752 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Mr. Siebel, of which 18,290,022 were vested as of such date, (h) 32,736 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Mr. Siebel within 60 days of August 5, 2024, (i) 500,000 shares of Class B common stock held by First Virtual Holdings, LLC and (j) 2,072,820 shares of Class B common stock held by The Siebel Living Trust u/a/d 7/27/1993.

(3) Consists of 9,216 shares of Class A common stock and 500,000 shares of Class B common stock over which Mr. Siebel holds an irrevocable proxy pursuant to a voting agreement between Mr. Siebel and Patricia A. House. We do not believe that the parties to these voting agreements constitute a "group" under Section 13 of the Exchange Act as Mr. Siebel exercises voting control over these shares.

56

(4) The indicated ownership is based solely on a Schedule 13G filed with the SEC by the reporting person on January 29, 2024, and consists of 6,750,444 shares of Class A common stock beneficially owned by BlackRock, Inc., or BlackRock, of which BlackRock has sole voting power with respect to 6,614,710 shares of Class A common stock and sole dispositive power with respect to 6,750,444 shares of Class A common stock. The principal business address of BlackRock is 50 Hudson Yards, New York, NY 10001

(5) The indicated ownership is based solely on a Schedule 13G filed with the SEC by the reporting person on February 13, 2024, and consists of 10,329,872 shares of Class A common stock beneficially owned by The Vanguard Group - 23-1945930, or Vanguard, of which Vanguard has sole voting power over 131,634 shares of Class A common stock, sole dispositive power over 10,099,525 shares of Class A common stock and shared dispositive power over 230,347 shares of common stock. The principal business address of Vanguard is 100 Vanguard Blvd., Malvern, PA 19355.

(6) Consists of (a) 810,988 shares of Class A common stock held by Mr. Abbo, (b) 149,577 shares of Class A common stock held by the Abbo 2012 Children's Trust FBO Casey Cecile Abbo, (c) 149,578 shares of Class A common stock held by the Abbo 2012 Children's Trust FBO Dana Lauren Abbo, (d) 149,578 shares of Class A common stock held by the Abbo 2012 Children's Trust FBO Layla Grace Abbo, (e) 827,744 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Mr. Abbo, 808,305 of which were vested as of such date, and (f) 75,000 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Mr. Abbo within 60 days of August 5, 2024.

(7) Consists of (a) 127,604 shares of Class A common stock held by Mr. Behzadi, (b) 622,200 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Mr. Behzadi, 576,907 of which were vested as of such date, and (c) 49,844 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Mr. Behzadi within 60 days of August 5, 2024.

(8) Consists of (a) 10,165 shares of Class A common stock held by Ms. Davis and (b) 131,128 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Ms. Davis, 49,031 of which were vested as of such date, and (b) 1,298 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Ms. Davis within 60 days of August 5, 2024.

(9) Consists of (a) 7,640 shares of Class A common stock held by Mr. Lath and (b) 8,008 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Mr. Lath within 60 days of August 5, 2024.

(10) Consists of (a) 161,664 shares of Class A common stock held by Dr. Levin and (b) 327,099 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Dr. Levin, 240,309 of which were vested as of such date.

(11) Consists of (a) 321,699 shares of Class A common stock held by Mr. McCaffery, 10,196 of which were subject to a right of repurchase by us as of August 5, 2024, (b) 665,929 shares of Class A common stock held by the McCaffery Family Trust as amended 12/18/00, and (c) 308,750 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Mr. McCaffery, 197,477 of which were vested as of such date.

(12) Consists of 60,511 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Mr. Murray, none of which were vested as of such date.

(13) Consists of (a) 6,183 shares of Class A common stock held by Mr Parkkinen and (b) 48,331 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Mr. Parkkinen, all of which were vested as of such date. The post-termination exercise period with respect to options held by Mr. Parkkinen expires on August 9, 2024.

(14) Consists of (a) 74,387 shares of Class A common stock held by Dr. Rice, (b) 587 shares of Class A common stock held by the Condoleezza Rice Trust U/A/D 11/24/99 and (c) 541,601 shares of Class A common stock subject to options exercisable within 60 days of August 5 2024 held by Dr. Rice, 454,811 of which were vested as of such date.

(15) Consists of 694,321 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Mr Sewell, 559,936 of which were vested as of such date,

(16) Consists of (a) 10,000 shares of Class A common stock held by Mr. Snabe, (b) 28,000 shares of Class A common stock held by BJHS Invest ApS, of which Mr. Snabe is the sole member, and (c) 673,644 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Mr. Snabe, 505,483 of which were vested as of such date.

(17) Consists of 60,202 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Mr. Sridhar, 15,050 of which were vested as of such date.

(18) Consists of 8,053 shares of Class A common stock held by Mr. Wanger.

(19) Consists of (a) 546,495 shares of Class A common stock held by Mr. Ward and (b) 424,383 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by Mr. Ward, 320,673 of which were vested as of such date.

(20) Consists of (a) 10,864,680 shares of Class A common stock held by our directors and executive officers, (b) 25,196,520 shares of Class A common stock subject to options exercisable within 60 days of August 5, 2024 held by our directors and executive officers, 22,084,463 of which were vested as of such date, (c) 181,511 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by our directors and executive officers within 60 days of August 5, 2024, (d) 500,000 shares of Class B common stock held by First Virtual Holdings, LLC, (e) 2,072,820 shares of Class B common stock held by The Siebel Living Trust u/a/d 7/27/1993, and (f) 9,216 shares of Class A common stock and 500,000 shares of Class B common stock over which Mr. Siebel holds an irrevocable proxy as set forth above.