# EXHIBIT R

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No. )

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐  Preliminary Proxy Statement
☐  **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☒  Definitive Proxy Statement
☐  Definitive Additional Materials
☐  Soliciting Material Pursuant to § 240.14a-12

## C3.ai, Inc.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒  No fee required
☐  Fee paid previously with preliminary materials
☐  Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

**C3.ai, Inc.**
1400 Seaport Blvd
Redwood City, California 94063

**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**

**To Be Held On October 3, 2025**

Dear Stockholder:

We are pleased to invite you to attend the 2025 Annual Meeting of Stockholders of C3.ai, Inc., a Delaware corporation. The Annual Meeting will be held virtually on Friday, October 3, 2025, at 10:00 a.m. Pacific Time, via live webcast at www.virtualshareholdermeeting.com/AI2025.

The Annual Meeting will be held for the following purposes, which are more fully described in the accompanying materials:

1. To elect the three Class II director nominees named in the accompanying proxy statement, each to hold office until our 2028 Annual Meeting of Stockholders, and until his or her successor is duly elected and qualified or until his or her earlier death, resignation, or removal;

2. To approve, on an advisory basis, the compensation of our named executive officers, as disclosed in this proxy statement;

3. To ratify the appointment of Deloitte & Touche LLP as our independent registered public accounting firm for the fiscal year ending April 30, 2026; and

4. To conduct any other business properly brought before the Annual Meeting.

On or about August 22, 2025, we expect to mail to our stockholders a Notice of Internet Availability of Proxy Materials containing instructions on how to access the Proxy Statement and our Annual Report on Form 10-K for the fiscal year ended April 30, 2025 (the "2025 Annual Report."). The Notice of Internet Availability of Proxy Materials provides instructions on how to vote online or by telephone and how to receive a paper copy of proxy materials by mail. The Proxy Statement for the Annual Meeting and our 2025 Annual Report can be accessed directly at www.proxyvote.com using the control number located on your Notice of Internet Availability of Proxy Materials, on your proxy card, or in the instructions that accompanied your proxy materials.

A list of stockholders entitled to vote will be available for a 10 day period ending on the day before the Annual Meeting at our headquarters located at 1400 Seaport Blvd, Redwood City, California 94063. If you would like to view the stockholder list, please contact our Investor Relations department at ir@c3.ai.

Our board of directors has fixed the close of business on August 4, 2025, as the record date for the Annual Meeting. Only stockholders of record at the close of business on August 4, 2025, are entitled to notice of, and to vote at, the Annual Meeting.

By Order of the Board of Directors,

Thomas M. Siebel
Chief Executive Officer and Chairman
August 21, 2025

**Your vote is important. Whether or not you plan to attend the Annual Meeting, please ensure that your shares are voted during the Annual Meeting by signing and returning a proxy card or by using our internet or telephonic voting system. Even if you have voted by proxy, you may still vote online if you attend the Annual Meeting. Please note, however, that if your shares are held on your behalf by a broker, bank, or other nominee and you wish to vote at the Annual Meeting, you must obtain a proxy issued in your name from that nominee.**

**Proxy Statement for 2025 Annual Meeting of Stockholders**
**To Be Held on October 3, 2025**

**Table of Contents**

|  | **Page No.** |
|---|---|
| QUESTIONS AND ANSWERS | 1 |
| INFORMATION REGARDING OUR BOARD OF DIRECTORS AND CORPORATE GOVERNANCE | 8 |
| NON-EMPLOYEE DIRECTOR COMPENSATION | 18 |
| PROPOSAL ONE | 21 |
| PROPOSAL TWO | 22 |
| PROPOSAL THREE | 23 |
| REPORT OF THE AUDIT COMMITTEE OF THE BOARD OF DIRECTORS | 24 |
| EXECUTIVE OFFICERS | 25 |
| EXECUTIVE COMPENSATION | 26 |
| PAY VERSUS PERFORMANCE | 45 |
| PAY RATIO | 51 |
| EQUITY COMPENSATION PLAN INFORMATION | 52 |
| SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 53 |
| CERTAIN RELATIONSHIPS AND TRANSACTIONS WITH RELATED PERSONS | 57 |
| OTHER MATTERS | 59 |

**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table sets forth information regarding the ownership of our common stock as of August 4, 2025 by:

- each named executive officer;

- each of our directors and director nominees;

- our directors and executive officers as a group; and

- each person known by us to own beneficially more than 5% of our Class A or Class B common stock.

We have determined beneficial ownership in accordance with SEC rules and regulations, and the information is not necessarily indicative of beneficial ownership for any other purpose. Except as indicated by the footnotes below, we believe, based on information furnished to us, that the persons and entities named in the table below have sole voting and sole investment power with respect to all shares that they beneficially own, subject to community property laws.

We have based percentage ownership on 134,027,425 shares of Class A common stock and 3,499,992 shares of Class B common stock outstanding as of August 4, 2025. In computing the number of shares beneficially owned by a person and the percentage ownership of such person, we deemed to be outstanding all shares subject to options held by the person that are currently exercisable or would be exercisable within 60 days of August 4, 2025, and any shares convertible by such person. However, except as described above, we did not deem such shares outstanding for the purpose of computing the percentage ownership of any other person.

Unless otherwise indicated, the address for each beneficial owner listed in the table below is c/o C3.ai, Inc., 1400 Seaport Blvd, Redwood City, California 94063.

53

| Name | Class A Common Stock | | Class B Common Stock | | % of Total Voting Power(1) |
|---|---|---|---|---|---|
| | Shares | % | Shares | % | |
| *5% Stockholders* | | | | | |
| Thomas M. Siebel(2)(3) | 28,535,827 | 18.1 % | 3,072,820 | 87.8 % | 51.4 % |
| The Vanguard Group(4) | 12,489,440 | 9.3 % | — | — % | 4.0 % |
| BlackRock, Inc.(5) | 9,984,692 | 7.4 % | — | — % | 3.2 % |
| Entities affiliated with Susquehanna Securities, LLC(6) | 6,780,381 | 5.1 % | — | — % | 2.2 % |
| | | | | | |
| *Directors and Officers* | | | | | |
| Thomas M. Siebel(2) | 28,026,611 | 17.8 % | 2,572,820 | 73.5 % | 43.3 % |
| Shares subject to voting proxy(3) | 509,216 | * | 500,000 | 14.3 % | 8.1 % |
| *Total* | 28,535,827 | 18.1 % | 3,072,820 | 87.8 % | 51.4 % |
| Hitesh Lath(7) | 95,225 | * | — | * | * |
| Edward Y. Abbo(8) | 2,169,078 | 1.7 % | — | * | * |
| Merel Witteveen(9) | 56,030 | * | — | * | * |
| Lisa A. Davis(10) | 171,422 | * | — | * | * |
| Kenneth Goldman(11) | 102,433 | * | — | * | * |
| General (Ret.) John Hyten(12) | 144,805 | * | — | * | * |
| Richard C. Levin(13) | 374,405 | * | — | * | * |
| Michael McCaffery(14) | 1,324,410 | 1.0 % | — | * | * |
| Alan Murray(15) | 60,511 | * | — | * | * |
| Condoleezza Rice(16) | 565,528 | * | — | * | * |
| Bruce Sewell(17) | 719,235 | * | — | * | * |
| Jim Snabe(18) | 340,586 | * | — | * | * |
| KR Sridhar(19) | 107,486 | * | — | * | * |
| Stephen M. Ward, Jr.(20) | 828,489 | * | — | * | * |
| | | | | | |
| *All Directors and Officers as a Group (14 Persons)* | 33,370,362 | 20.8 % | 3,072,820 | 87.8 % | 52.3 % |

\* Less than 1%.

(1) Represents the voting power with respect to all shares of our Class A common stock and Class B common stock, voting together as a single class. Each share of Class A common stock will be entitled to one vote per share, and each share of Class B common stock will be entitled to 50 votes per share. The Class A common stock and Class B common stock will vote together on all matters (including the election of directors) submitted to a vote of stockholders, except under limited circumstances.

(2) Consists of (a) 9,216 shares of Class A common stock held by First Virtual Holdings, LLC, (b) 3,551,250 shares of Class A common stock held by The Siebel Living Trust u/a/d 7/27/1993, (c) 170,294 shares of Class A common stock held by Siebel Asset Management, L.P., (d) 72,695 shares of Class A common stock held by Siebel Asset Management III, L.P., (e) 1,237,115 shares of Class A common stock held by The Siebel 2011 Irrevocable Children's Trust, (f) 20,201,366 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Mr. Siebel, of which 19,337,230 were vested as of such date, (g) 211,855 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Mr. Siebel within 60 days of August 4, 2025, (h) 500,000 shares of Class B common stock held by First Virtual Holdings, LLC and (i) 2,072,820 shares of Class B common stock held by The Siebel Living Trust u/a/d 7/27/1993.

(3) Consists of 9,216 shares of Class A common stock and 500,000 shares of Class B common stock over which Mr. Siebel holds an irrevocable proxy pursuant to a voting agreement between Mr. Siebel and Patricia A. House. We do not believe that the parties to these voting agreements constitute a "group" under Section 13 of the Exchange Act as Mr. Siebel exercises voting control over these shares.

54

(4) Based on information set forth in a Schedule 13G filed with the SEC on October 4, 2024, by The Vanguard Group and certain related entities (Vanguard). Vanguard reported that it has sole voting power with respect to zero shares of Class A common stock, shared voting power with respect to 158,998 shares of Class A common stock, sole dispositive power with respect to 12,212,825 shares of Class A common stock, and shared dispositive power with respect to 276,615 shares of Class A common stock. The address of Vanguard is 100 Vanguard Blvd., Malvern, PA 19355.

(5) Based on information set forth in a Schedule 13G filed with the SEC on February 5, 2025, by BlackRock, Inc. ("Blackrock"). BlackRock reported that it has sole voting power with respect to 9,725,282 shares of Class A common stock, shared voting power with respect to zero shares of Class A common stock, sole dispositive power with respect to 9,984,692 shares of Class A common stock, and shared voting and dispositive power with respect to zero shares of Class A common stock. The address of BlackRock is 50 Hudson Yards, New York, NY 10001.

(6) Based on information set forth in a Schedule 13G filed with the SEC on February 13, 2025, by Susquehanna Securities, LLC and certain related entities. Consists of (a) 31,234 shares of Class A common stock held by G1 Execution Services, LLC, (b) 91,763 shares of Class A common stock held by Susquehanna Fundamental Investments, LLC, (c) options to buy 354,000 shares of Class A common stock held by Susquehanna Investment Group, and (d) 6,303,384 shares of Class A common stock held by Susquehanna Securities, LLC, including options to buy 5,517,900 shares of Class A common stock. G1 Execution Services, LLC, Susquehanna Investment Group and Susquehanna Securities, LLC are affiliated independent broker-dealers which, together with Susquehanna Fundamental Investments, LLC, may be deemed a group. The address for each is 401 E. City Avenue, Suite 220, Bala Cynwyd, PA 19004.

(7) Consists of (a) 6,218 shares of Class A common stock held by Mr. Lath and (b) 89,007 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Mr. Lath within 60 days of August 4, 2025.

(8) Consists of (a) 684,792 shares of Class A common stock held by Mr. Abbo, (b) 112,184 shares of Class A common stock held by the Abbo 2012 Children's Trust FBO Casey Cecile Abbo, (c) 112,184 shares of Class A common stock held by the Abbo 2012 Children's Trust FBO Dana Lauren Abbo, (d) 112,183 shares of Class A common stock held by the Abbo 2012 Children's Trust FBO Layla Grace Abbo, (e) 1,067,735 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Mr. Abbo, all of which were vested as of such date, and (f) 80,000 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Mr. Abbo within 60 days of August 4, 2025.

(9) Consists of (a) 2,051 shares of Class A common stock held by Ms. Witteveen, (b) 28,854 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Ms. Witteveen, all of which were vested as of such date, and (c) 25,125 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Ms. Witteveen within 60 days of August 4, 2025.

(10) Consists of (a) 15,354 shares of Class A common stock held by Ms. Davis and (b) 154,770 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Ms. Davis, 79,202 of which were vested as of such date, and (b) 1,298 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Ms. Davis within 60 days of August 4, 2025.

(11) Consists of (a) 25,022 shares of Class A common stock held by Goldman-Valeriote Family Trust u/a/d 11/15/95, (b) 22,689 shares of Class A common stock held by GV Partners LP, (c) 54,722 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Mr. Goldman, 2,736 of which were vested as of such date.

(12) Consists of (a) 10,000 shares of Class A common stock held by General (Ret.) John Hyten, (b) 102,886 shares of Class A common stock held by Hyten Group LLC, (c) 20,604 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by General (Ret.) John Hyten, 3,090 of which vested as of such date, (d) 11,315 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by General (Ret.) John Hyten within 60 days of August 4, 2025.

(13) Consists of (a) 161,664 shares of Class A common stock held by Dr. Levin and (b) 212,741 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Dr. Levin, 150,877 of which were vested as of such date.

(14) Consists of (a) 321,699 shares of Class A common stock held by Mr. McCaffery, (b) 665,929 shares of Class A common stock held by the McCaffery Family Trust as amended 12/18/00, and (c) 336,782 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Mr. McCaffery, 263,430 of which were vested as of such date.

(15) Consists of 60,511 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Mr. Murray, 15,127 of which were vested as of such date.

(16) Consists of (a) 74,387 shares of Class A common stock held by Dr. Rice, (b) 587 shares of Class A common stock held by the Condoleezza Rice Trust U/A/D 11/24/99 and (c) 490,554 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Dr. Rice, 428,690 of which were vested as of such date.

(17) Consists of 719,235 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Mr. Sewell, 653,835 of which were vested as of such date.

(18) Consists of (a) 55,000 shares of Class A common stock held by Mr. Snabe, (b) 28,000 shares of Class A common stock held by BJHS Invest ApS, of which Mr. Snabe is the sole member, and (c) 197,586 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Mr. Snabe, 135,722 of which were vested as of such date, and (d) 60,000 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by Mr. Snabe within 60 days of August 4, 2025.

(19)  Consists of 107,486 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Dr. Sridhar, 34,182 of which were vested as of such date.

(20)  Consists of (a) 546,495 shares of Class A common stock held by Mr. Ward and (b) 281,994 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by Mr. Ward, 216,594 of which were vested as of such date.

(21)  Consists of (a) 8,109,110 shares of Class A common stock held by our directors and executive officers, (b) 23,934,940 shares of Class A common stock subject to options exercisable within 60 days of August 4, 2025 held by our directors and executive officers, 22,417,304 of which were vested as of such date, (c) 478,600 shares of Class A common stock issuable upon vesting and settlement of RSU awards held by our directors and executive officers within 60 days of August 4, 2025, (d) 500,000 shares of Class B common stock held by First Virtual Holdings, LLC, (e) 2,072,820 shares of Class B common stock held by The Siebel Living Trust u/a/d 7/27/1993, and (f) 9,216 shares of Class A common stock and 500,000 shares of Class B common stock over which Mr. Siebel holds an irrevocable proxy as set forth above.

56