# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JOHN LIGGETT SR., individually and on behalf of all others similarly situated,

Plaintiff,

v.

C3.AI, INC., THOMAS M. SIEBEL, and HITESH LATH,

Defendants.

Case No. 3:25-cv-7129-TLT

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**

On April 28, 2026, Defendants C3.ai, Inc., Thomas M. Siebel, and Hitesh Lath ("Defendants") filed a Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") and a Request for Judicial Notice in Support of their Motion to Dismiss ("RJN").

The Court, having considered the Motion and RJN, including all papers filed in support of and in opposition to the Motion and RJN, all arguments presented by counsel, and the Court's file in this matter, **HEREBY ORDERS THAT**:

1.    Defendants' RJN is **GRANTED**;

2.    Defendants' Motion is **GRANTED**; and

3.    Plaintiff's Amended Complaint (ECF No. 60) is **DISMISSED WITH PREJUDICE** in its entirety and without leave to amend.

DATED: _____

_____
Hon. Trina L. Thompson
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE